IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00068-GPG

EVELIN ADELA PERUCH-VICENTE,

    Applicant,

v.

JOHN LONGSHORE, U.S. DHS-ICE,
UNKNOWN ICE OR BI INCORP. "JAILER,"

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    The Clerk of the Court is directed to serve copies of the March 12, 2015 and March 18, 2015 Orders (ECF Nos. 16 and 18) on attorney, Jim Salvatore, at the following address: Jim Salvatore, Esq., 1643 Erin Way, Lafayette, Colorado 80026.

Dated:  March 19, 2015